IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT STEVENS, *individually and on behalf of all others similarly-situated*<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CREWS CONTROL, LLC<br><br>　　　　　　Defendant. | CIVIL ACTION NO. 23-1863-MJH |

**PLAINTIFF'S UNOPPOSED MOTION
FOR CERTIFICATION OF THE SETTLEMENT CLASS
AND FINAL APPROVAL OF THE SETTLEMENT**

Plaintiff Robert Stevens ("Plaintiff"), individually and on behalf of the Class he seeks to represent, by and through his counsel, Murphy Law Group, LLC, hereby files this Unopposed Motion For Certification of the Settlement Class and Final Approval of the Settlement.

On March 25, 2025, the Court granted Plaintiff's Unopposed Motion for an Order Certifying the Class for Settlement Purposes Only and Granting Preliminary Approval of the Settlement, Class Notice, and Opt-Out Form. See ECF No. 50.  The notice process is complete. See Declaration of Makenna Snow, a true and correct copy of which is attached hereto as Exhibit "A."  Only one (1) Class Member has requested to be excluded from the settlement and no Class Members have submitted objections to the settlement.  See Exhibit A, ¶¶ 11-13.

In anticipation of the fairness hearing scheduled for July 30, 2025, Plaintiff respectfully moves the Court for an Order:

　　　　a)　　　Certifying the Settlement Class of 679 Class Members who have not excluded themselves from the settlement;

　　　　b)　　　Approving the settlement of this action as fair, reasonable, and adequate pursuant

to Rule 23(e)(2) of the Federal Rules of Civil Procedure, as well as a fair, reasonable, and adequate resolution of a *bona fide* dispute over FLSA provisions which does not impermissibly frustrate implementation of the FLSA in the workplace;

  c)  Approving the Service Award of $7,500 to the Named Plaintiff, Robert Stevens;

  d)  Appointing Murphy Law Group, LLC as Class Counsel pursuant to Rule 23(g)(1) of the Federal Rules of Civil Procedure;

  e)  Approving the payment of attorneys' fees and costs to Class Counsel in the amount of $174,889.85;

  f)  Approving the award of $7,500 to IYLM Group, Inc. for anticipated settlement administration expenses; and

  g)  Dismissing this matter with prejudice while maintaining jurisdiction over enforcement of the settlement.

  **WHEREFORE**, and for the reasons discussed in the accompanying Memorandum of Law, Plaintiff respectfully requests the Court to enter an Order in the form attached hereto.

           Respectfully submitted,

           **MURPHY LAW GROUP, LLC**

        By:  /s/ Michael Groh
           Michael Groh, Esq.
           PA Attorney I.D. No. 319296
           Eight Penn Center, Suite 2000
           1628 John F. Kennedy Blvd.
           Philadelphia, PA 19103
           TEL: 267-273-1054
           FAX: 215-525-0210
           mgroh@phillyemploymentlawyer.com
           Attorneys for Plaintiff

Dated: July 23, 2025

## CERTIFICATE OF SERVICE

      I, Michael Groh, Esquire, hereby certify that on July 23, 2025, I caused a true and correct copy of the foregoing to be filed via ECF filing, which will send notification of such filing to the following counsel:

M. Abbegael Giunta, Esq.
Andrew L. Levy, Esq.
McNEES WALLACE & NURICK LLC
100 Pine Street, P.O. Box 1166
Harrisburg, PA 17108-1166
(717) 232-8000
agiunta@mcneeslaw.com
alevy@mcneeslaw.com
Attorneys for Defendant

                                        /s/ Michael Groh
                                        Michael Groh, Esq.

Dated: July 23, 2025